SHIVERS, COREY, P545679
Name and Prisoner/Booking Number

Fourth Avenue Jail   3E-1-35
Place of Confinement

201 S. 4th Avenue
Mailing Address

Phoenix, AZ 85003
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 0 9 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Corey Demar Shivers,
(Full Name of Plaintiff)
        Plaintiff,

vs.

(1) Phoenix Police Department,
(Full Name of Defendant)
(2) Officer Tyler Kamp,

(4) _____,
        Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV 09-1243-PHX-GMS-JRI
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: phoenix

Revised 3/9/07

1

550/555

**PLEASE READ INSTRUCTIONS PRIOR TO FILLING OUT FORMS.
INSTRUCTIONS ARE IN BACK OF THIS PACKET.**

## B. DEFENDANTS

1. Name of first Defendant: __Officer Tyler Kamp__. The first Defendant is employed as: __gang task force__ at __Phoenix Police department__.
   (Position and Title)        (Institution)

2. Name of second Defendant: __Phoenix Police Department__. The second Defendant is employed as: __police department__ at __phoenix police department__.
   (Position and Title)        (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)        (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)        (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _____.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☒ Threat to safety
   - ☒ Other: harrassment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On May 2, 2009 while I was at Cobble Stone Store on 19 Ave. and Southern. while getting ready to get gas I'm approached by officer Tyler Kamp. Wen approached I'm asked for drivers liscense and insurance I hand him my drivers liscense and tell him I cant find my insurance card. I tell him we are getting gas me and my dad daren hendrix and also tell him we are on are way to the hospital to visit my grandpa who is in the E.R.. My phone rings and as I'm about to answer officer Kamp pulls me out the car my caprice classic 95. He gives no reason why he is doing this. I'm tackled, slammed, and tacktickle force is heavily used making my nose bleed, then he tries to hit my head and throat on his unmarked all white impala squad car. that was while his driver side back door was open. I have to stand up on his passenger side back door, then several other officers arrive and officer Kamp says you wanna be a slave and tackles me to the floor pinning me on my back. then I'm hog tied and thrown in the unmarked white impala. my toes on my left and right foot have been numb and I have nerve damage due to this. Also my grandpa died in the hospital that day and I didn't get to see him.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   because of the slamming and being hog tied and having unessasary force used on me. My feet are still numb, and I'm hurt and going threw pain, and I'm suffering the lost of my grandpa James Shivers and my hands stopped sirculation due to improper way cuffs were put on, and skin scraped off both feet with over 30 peices of skin pulled off my legs.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. this happen while out of custody

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities      ☐ Mail           ☐ Access to the court      ☐ Medical care
   - ☐ Disciplinary proceedings  ☐ Property       ☐ Exercise of religion     ☒ Retaliation
   - ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: Slandered my name / harrassment

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On Feb 20, 2009 while at sentencing court for my brother michael roper before judge Lee which was scheduled for 8:30 am court. Wen I enter the court officer Tyler Kamp tells judge Lee that I'm a convicted and documented lindo park crip and gangbanger. My letter I wrote is still exepted by judge lee in consideration on my brother's behalf. later wen after court is over I ask the prosecutor why did they slander my name and while talking to the prosecuter officer tyler kamp approaches me and says hes going to put me in prison aswell. I didn't think anything of it till I'm beat up and hog tied and told wen I went to court that I have threat-intimidate-gang counts on me. This was what officer Tyler Kamp meant wen he said he would put me in prison. Because not only did this never happen. But this was a planned event since Feb 20, 2009. I have restored my civil rights and weapon permit rights and I'm no gang member or convicted or documented member of no gang. I have my own bisness and my fiance just got her R.N. from ASU of Nursing College with Honors. My face and the charge he created has slandered my name in the newspapers, cost me work wit many clients, that are respectable and educated individuals, and he also has harrassed and beat up my brother michael roper who has a complaint and lawsuit on officer kamp. that has been filed and being pursued in court currently.

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   I'm unable to find work due to newspaper and media having my picture and name on every page due to officers "tyler kamp" bogus and unfounded claim" of threat-intimidate-gang and gang affiliation charges. I only have a misdemeanor on record. These chargers officer Tyler kamp "made up" puts my bisness and freedom, and custody in jeopardy. And has caused great damage to my bailsbonds career. Also caused 5,000 bail.

5. Administrative Remedies.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                          ☐ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count II?                  ☐ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?          ☐ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. this happened while out of custody.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: harrasment / slandering of name

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On May 21, 2009 officer tyler kamp and the prosecuter for the state show up at my court and tell a judge that I'm a documented and convicted lindo park gangbanger and that they have pictures of me with other documented gang members. This is false testimony and unfounded statements that are being used just to set bond high and without proof supporting their claims. I have the right to bare arms and I have restored my civil rights and I'm trying to start my own bailbonds company. tyler kamp has a problem with my family and due to me becoming an acheiver and the only one in my family who has education and a clear record, he seeks to destroy any possiblity of success. officer Tyler kamp keeps on harrassing me and my family. When will this stop. When will an Internal investigation start to check out these findings and investigate officer tyler kamp of the city of phoenix police department / gang unit.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   this creates a 60,000 cash only bond for me and keeps me in jail loosing my house, buisness clientel, custody I have with my daughter every week, and keeps me at 4th ave jail in the maxx facility. This has prolonged my school, and classes to become a bailsbondsman, and made it hard to get help from goverment grants program.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. happened while in custody

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I'm seeking $1,500,000 dollars for falsified police reports, harrassment, slandering of my name, and being faulsely arrested on may 2, 2009 which I was to see my grandpa in E.R. and he died while I was in custody and I'm jailed at 4th Ave Jail. Also for the threat of tyler kamp to inprison me Feb. 20, 2009 given at court, Beating and hog tied causing nerve damage in my toes on each feet. And continued harrassment carried out by officer tyler kamp on me and my entire family. basically punititive damages and mental disanguish and pain and suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 2, 2009
             _____DATE_____

_____Casey Roman_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)
_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# JOSEPH M. ARPAIO SHERIFF

# C E R T I F I C A T I O N

I hereby certify that on this date June 5, 2009, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

____   Honorable, Judge of United States District Court.

I further certify that copies of the original have been forwarded to:

____   Attorney General, State of Arizona.

____   Judge, _____, Superior Court, Maricopa County, State of Arizona.

____   County Attorney, Maricopa County, State of Arizona,

____   Public Defender, Maricopa County, State of Arizona.

____   Attorney

[✓]   Inmate Legal Services has processed this document in an "as-is" condition.

[✓]   Inmate Legal Services has processed this document as per the inmate request.

*L. Moore*
INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                                                                                           06/02/08